IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CHARLES A. WALDREN, | : | Case No. 3:18-cv-00290-WHR |
| Plaintiff, | : | Judge: Walter H. Rice |
| vs. | : | ORDER GRANTING PLAINTIFF'S MOTION FOR STAY OF STATE COURT IMPOSED DEADLINES |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | : | |
| Defendant. | : | |

This matter is before the Court on Plaintiff Charles A. Waldren's Motion for a Stay of all State Court imposed deadlines originating during the pendency of the case before removal from the Montgomery County Common Pleas Court. The Court, having reviewed the Motion and being otherwise sufficiently advised, hereby **GRANTS** the Motion.

**SO ORDERED**.

Dated this 31st day of August, 2018.

_____
JUDGE WALTER H. RICE

Copies to:
P. Christian Nordstrom
J. Patrick Schomaker

1