IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLES A. WALDREN,

    Plaintiff,

v.

ALLSTATE VEHICLE AND
PROPERTY INSURANCE CO., *et al.*,

    Defendants.

:
:
:
:
:
:

Case No. 3:18-cv-290

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT
ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S
MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S
BAD FAITH CLAIM (DOC. #10)

---

When the above-captioned case was removed from the Montgomery County Court of Common Pleas, Defendant Allstate Vehicle and Property Insurance Company's Motion for Partial Summary Judgment on Plaintiff's Bad Faith Claim, Doc. #10, was still pending. The parties agreed that Defendant would file a supplemental motion for summary judgment. *See* Doc. #19, PageID#732.

On October 31, 2018, Defendant Allstate filed a Supplemental Motion for Partial Summary Judgment on Plaintiff's Claims for Bad Faith, Unjust Enrichment, and Declaratory Judgment. Doc. #20. Given that the Supplemental Motion fully encompasses the previous motion, the Court OVERRULES AS MOOT Allstate's

Motion for Partial Summary Judgment on Plaintiff's Bad Faith Claim, Doc. #10.

Date: November 5, 2018

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE