IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CHARLES A. WALDREN | : | CASE NO. 3:18-cv-00290-WHR |
| Plaintiff, | : | Removed from Common Pleas Court of Montgomery County, Ohio |
| -vs- | : | Case No. 2017 CV 04415 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al. | : | Judge Walter H. Rice |
| Defendants. | : | **AGREED ORDER OF DISMISSAL WITH PREJUDICE OF ALL REMAINING CLAIMS** |

Now come the parties, by and through their undersigned counsel, and hereby jointly agree that all remaining claims in the above captioned litigation shall be and are hereby dismissed with prejudice as all matters and controversies between the remaining parties have been resolved and settled. The Court shall retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

_____
Judge Walter H. Rice

/s/Jennifer K. Nordstrom
Jennifer K. Nordstrom (0066509)
Garvey Shearer Nordstrom, PSC
11260 Chester Road, Suite 320
Cincinnati, OH 45246
P: 513-445-3373
F: 866-675-3676
E: jnordstrom@gsn-law.com
*Attorney for Plaintiff*
*Charles A. Waldren*

/s/ Miranda Powell
J. Patrick Schomaker, Esq. (0076488)
Carmen Sarge, Esq. (0071913)
Miranda Powell, Esq. (0080100)
Rolfes Henry Co., L.P.A.
600 Vine Street, Suite 2600
Cincinnati, OH 45202
P:  513-579-0080
F:  513-579-0222
E:  pschomaker@rolfeshenry.com
    csarge@rolfeshenry.com
    mpowell@rolfeshenry.com
*Attorneys for Defendant Allstate Vehicle and Property Insurance Company*